EUGENIA SILBERFELD, Individually and as Administratrix of the Estate of SAMUEL SILBERFELD, Deceased, Respondent, v. SWISS BANK CORPORATION, Appellant, et al., Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant-appellant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

·ROSE SCHWARTZ, as Assignee of LEE SERVICE STATION, INC., Appellant, v. PAUL VAN WINKLE, Respondent.— Judgment unanimously affirmed; with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

HARRY NILSSON, as Administrator of the Estate of ANNA K. NILSSON, Deceased, Appellant, v. VERNON T. MERCER et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MIZZY, INC., Respondent, v. ALVIN H. WAAGE, Doing Business under the Name of WAAGE ELECTRIC COMPANY, et al., Appellants.—Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GERALD COHEN, an Infant by ISAAC COHEN, His Guardian ad Litem, et al., Respondents, v. HYMAN BAGDANOWSKY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

NEW YORK DOCK COMPANY, Respondent, v. ÆTNA CASUALTY AND SURETY COMPANY, Appellant.— Determination unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

MOSCOW FIRE INSURANCE COMPANY et al., Respondents, v. BANK OF NEW YORK AND TRUST COMPANY, as Agent or Depositary of Said Moscow Fire Insurance Company and another, et al., Respondents, and BERTRAM A. CATER, Defendant-Appellant. SAMUEL E. MORRO et al., In Behalf of Themselves and All Other Stockholders of Moscow Fire Insurance Company, Respondents, v. MOSCOW FIRE INSURANCE COMPANY et al., Respondents. UNITED STATES OF AMERICA, Intervener.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See 269 App. Div. 656.]

JOHN J. GRABFIELD et al., Respondents, v. TRAVELERS ANNEX, INC., Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration between J. CHARLES SCHWARTZ et al., Appellants, and ANNA LEVENS, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

SAMUEL SPANIERMAN, Individually and as Surviving Substituted Trustee under the Will of ISAAC SPANIERMAN, Deceased, et al., Appellants, v. CRESCENT PLAZA CORPORATION et al., Respondents.— Orders unanimously affirmed, with twenty dollars costs and disbursements, with leave to the plaintiffs to amend their first cause of action within ten days after service of order on payment of said costs, and the ten dollars costs of motion awarded at Special Term. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.